1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JOEL PARRIS, Bar #014587
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  FERNANDO CORTEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNIBTED STATES OF AMERICA,  )   NO.  6:09-MJ-00029 YNP
                               )
12              *Plaintiff*,   )   AMENDED
                               )   STIPULATION TO MODIFY
13       v.                    )   TERMS OF PROBATION;
                               )   ORDER THEREON
14 FERNANDO CORTEZ,            )
                               )   Judge: Hon.   Larry M. Boyle
15              *Defendant*.   )
   _____ )
16

17       IT IS HEREBY STIPULATED by and between the parties hereto, and through their

18 respective attorneys of record herein, that the conditions of the previously-imposed probation be

19 modified.  Specifically, the parties agree that the outstanding balance of the fine be converted to

20 a requirement that the defendant perform 90 hours of community service for a non-profit

21 charitable or community service organization, and provide proof of completion to the court

22 within the period of probation previously ordered.  All other terms and conditions of probation

23 are agreed to remain unchanged.

24 ///

25 ///

26 ///

27 ///

28 ///

Counsel affirms that National Park Service Law Enforcement Specialist, Susan St. Vincent, has advised counsel undersigned that the government agrees with the requested modification.

DATED: July 30, 2009                                   /s/ Ed Dunlavey
                                                       ED DUNLAVEY
                                                       National Park Service


                                                       DANIEL J. BRODERICK
                                                       Federal Defender


DATED: July 30, 2009                                   /s/ Joel Parris
                                                       JOEL PARRIS
                                                       Assistant Federal Defender
                                                       Attorney for Defendant
                                                       Fernando Cortez


# O R D E R

IT IS SO ORDERED that the remaining fine balance condition of probation in case 6:09-mj-00029 for Mr. Cortez, be modified to 90 hours of community service for any non-profit charitable or community service organization, with proof of completion due within the probationary period.

IT IS SO ORDERED.

**Dated:   August 5, 2009**                            /s/ Larry M. Boyle
                                                       UNITED STATES MAGISTRATE JUDGE